Argued and submitted February 16, affirmed September 22, petition for review denied December 21, 1999 (329 Or 553)

STATE OF OREGON,
*Respondent,*

*v.*

TERRY WENDALL NELSON,
*Appellant.*

(971251698; CA A102265)

988 P2d 916

Garrett A. Richardson argued the cause and filed the brief for appellant.

Laura S. Anderson, Assistant Attorney General, argued the cause for respondent. With her on the brief were Hardy Myers, Attorney General, and Michael D. Reynolds, Solicitor General.

Before Landau, Presiding Judge, and Wollheim and Brewer, Judges.

PER CURIAM

Affirmed. *State v. Johnson,* 163 Or App 74, 988 P2d 913 (1999).